IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-1474-C |
| ) | |
| WILBANKS SECURITIES, INC., and ) | |
| ROBERT M. WINN, TRUSTEE OF THE ) | |
| MARTHA ANN WINN IRREVOCABLE ) | |
| TRUST DATED JULY 19, 1994, ) | |
| ) | |
| Defendants. ) | |

### J U D G M E N T

As reflected in the accompanying Memorandum Opinion and Order granting summary judgment, judgment is entered on behalf of Plaintiff and against Defendants, and the Court declares Plaintiff has no obligation to defend or indemnify Wilbanks in the action brought by Winn.

DATED this 17th day of May, 2012.

ROBIN J. CAUTHRON
United States District Judge